Exhibit 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



**Registration Number**

## VA 2-455-683

**Effective Date of Registration:**
June 19, 2025
**Registration Decision Date:**
August 04, 2025

## Title

| | |
|---|---|
| Title of Work: | Harriet Tubman's Underground Railroad |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 1979 |
| Date of 1st Publication: | August 01, 1979 |
| Nation of 1st Publication: | United States |

## Author

| | |
|---|---|
| Author: | Paul Collins |
| Author Created: | 2-D artwork |
| Citizen of: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Paul Collins |
| | 615 Kent Hills Rd NE, Grand Rapids, MI, 49505, United States |

## Rights and Permissions

| | |
|---|---|
| Name: | Paul Collins |
| Email: | carol@collinsart.org |
| Address: | 615 Kent Hills Rd NE |
| | Grand Rapids, MI 49505 United States |

## Certification

| | |
|---|---|
| Name: | David Denholm |
| Date: | June 19, 2025 |
| Applicant's Tracking Number: | PC2025061801 |

