**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

PAUL COLLINS,

    Plaintiff,                                                Case No.: 1:26-cv-00487

v.

THE PARTNERSHIPS AND UNINCORPORATED
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

    Defendants.

**SCHEDULE A TO COMPLAINT**

| No. | Defendants |
|-----|------------|
| 1 | chenkailiang SS |
| 2 | aoxiixixi |
| 3 | chenzhenwang666 |
| 4 | AIRPOSTERF |
| 5 | chen yin Ceremony poster |
| 6 | haihai poster |
| 7 | wen yuan Midnight poster |
| 8 | zhi xiong Transformation poster |
| 9 | Suion Decor |
| 10 | xi UWJDHDGB |
| 11 | Lipshan Co., Ltd. |
| 12 | Art Code |
| 13 | JIN Decorative Posters |
| 14 | PXT Decorative paintings and posters |
| 15 | saoxuan poster |
| 16 | LJM Poster |
| 17 | JML Hope Decor |
| 18 | WY Digital oil painting poster |
| 19 | lcsm |
| 20 | Lylzhi |
| 21 | Sports decorative painting poster |
| 22 | yiwanlin |
| 23 | fengdebi |
| 24 | Kind Poster Art Deco |
| 25 | ZZY Decorative Art Poster |

| 26 | Warm HJ Decorative |
|----|--------------------|
| 27 | Frame wallstory |
| 28 | ZZY De Poster Decorate |
| 29 | YiNanBiFaCai |
| 30 | LMX ArtVista |
| 31 | ZZY Decorative |
| 32 | ZZY Decorative Art |
| 33 | JIN Poster |
| 34 | HXF Decorative paintings and posters |
| 35 | JLL Decorative Painting Expert |
| 36 | LJM Poster Paintings |
| 37 | Cozy corner wall art decoration |
| 38 | A nice poster |
| 39 | CaiShenMao |
| 40 | YiNanFaFaFa |
| 41 | WWM Decorative Painting Poster |
| 42 | LLY Decorative poster |
| 43 | HJ Warm Decorative |
| 44 | Ouyouya poster |
| 45 | LLLCCC |
| 46 | Fusu poster |
| 47 | Indoor poster |
| 48 | XJ Decorative paintings and posters |
| 49 | YCJ Decorative paintings and posters |
| 50 | Kind De Poster Decorations |
| 51 | ZZY Poster Art |
| 52 | JIN Decorative Poster Art |
| 53 | Graceful wallstory |